IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PATRICK J. SHANK, | ) | CASE NO. 1:24-cv-745 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER REASSIGNING CASE |
| | ) | |
| WARDEN SHELBY SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 3.1(b)(3), the above-captioned case is transferred to the docket of Judge James G. Carr, as related to Case No. 1:23-cv-1547.

IT IS SO ORDERED.

Dated:  April 30, 2024             *s/     James S. Gwin*

                                                           JAMES S. GWIN
                                                           TRANSFEROR JUDGE

                                                           *s/     James G. Carr*
                                                           JAMES G. CARR
                                                           TRANSFEREE JUDGE